**Perry E. CANFIELD et al., Appellants, v. J. Donald VERRIER et al.**

No. 11321.

Circuit Court of Appeals, Eighth Circuit.
Jan. 23, 1939.

---

William S. Hogsett, Ralph E. Murray, and Hale Houts, all of Kansas City, Mo., and Alva F. Lindsay, of St. Joseph, Mo., for appellants.

H. Templeton Brown, R. A. Brown, Jr., and R. L. Douglas, all of St. Joseph, Mo., for appellee.

978

PER CURIAM.

Appeal dismissed at costs of appellants, but without taxation of statutory attorney's fee, which is waived, per stipulation of parties.